RECEIVED
IN LAKE CHARLES, LA

DEC 11 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLAUDIA E. LEWIS** | : | **DOCKET NO. 2:06-cv-2183** |
| **VS.** | : | **JUDGE MINALDI** |
| **SHERIFFS OFFICE CALCASIEU PARISH** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the claims that this suit filed by plaintiff Lewis be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _11_ day of _Dec_, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE